# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROBERT MILLER, et al | : | CIVIL 07 - 5185(PGS) |
| V.<br>DEBRA BELLES | : | AMENDED/<br>ORDER FOR DISMISSAL<br>Pursuant to General<br>Rule 41.1 |

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since notice from the Clerk on March 11, 2008,

It is on this 19th day of May 2008,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

_____
PETER G. SHERIDAN, U.S.D.J.